United States District Court
Southern District of New York

Desmond M. Witherspoon

**15CV4338**

Plaintiff,

Complaint

Desmond M. Witherspoon

—vs—

Defendant

Govonor's office of Motion Picture and Television, West Coast Customs, East Coast Customs, Lowrider Magazine, Dean foods, United Water, Villa Sneakers, B&H Audio, The Hershey Company, Sara Lee Corporation, General Mills inc, Cambells, Pepperidge farm, Welches food inc, Mondelez International, Heinz, Lexus, General Motors, Mercedes Benz, Golden Boy, The Money Team, Sports illustrated, Whirlpool Corporation, Mecicci Cues, New York State Gaming Department, Coogi, Diamond Registry, Toys R us, Versace, Lacoste, NBA 2k

RECEIVED SDNY PRO SE OFFICE 2015 JUN -1 A 9:25

Parties: Plaintiff: Desmond M. Witherspoon resides at 90 Lafayett St New York, N.Y. 10026

Defendants: Govonor's office of Motion Picture and television: ① Washington, D.C. 2001 Street SE Washington, D.C 2003 / ② 153 Halsey St 5th Fl. Box 47023 Newark, New Jersey / ③ 633 Third Ave New York, N.Y. 10017 / ④ 07 East Madison St, MSC 80 Tallahasse. Fl. 32399

West Coast Customs: 2101 W Empire Ave Burbank. C.A. 91504

East Coast Customs: 20 mary's Lane Southampton, N.Y. 11168

Lowrider magazine: 1733 Alton Parkway Irvine, C.A. 92602

Dean Foods: 2711 North Haskell Ave, Suite 3400 Dallas, TX 75204

United Water: 200 old Hook Rd Harrington Park, New Jersey 07640

Villa Sneakers: 424 W Oregon Ave Phila, P.A. 19148

B&H Audio: 420 9th Ave New York, N.Y. 10001

The Hershey Company: 100 Crystal A Dr. Hershey, P.A. 17033

Sara Lee: 3500 Lacey Rd Downers Grove IL 60515

General Mills inc: P.O. Box 9452 Minneapolis MN 55440

Campbells: 1 Campbell Place Camden, New Jersey 08103

Pepperidge farms: 595 Westport Ave Norwalk CT 06851

Welches Food inc: 300 Baker Ave Suite Concord Mass 01742

Mondelez International: 100 Deforest Ave East Hanover NJ 07963

Heinz: P.O. Box 57 Pittsburgh Penn 15230

Lexus: 205 Jefferson Rd Parsippany, New Jersey 07054

General Motors: P.O. Box 33170 Detroit MI 48232-5170

Mercedes Benz: 3 Mercedes Dr. Montvale New Jersey 07645

Golden Boy Promotions: 626 Wilshire Blvd Los Angeles C.A. 90017

The Money Team: 101 W Central Ave Unit B-107 Brea, CA 92821

Sports Illustrated: 1271 Ave of the Americas New York, NY 10020

Whirlpool Corporation: 2000 N M-63 Benton Harbor, MI 49022-2692

Mecicci Cues: 3709 Hwy 302 Byhalia MS 38611

New York State Gaming Dept: P.O. Box 7500 Schenectady New York

Coogi: 350 Fifth Ave New York, N.Y. 10118

Diamond Registry: 580 Fifth Ave New York, N.Y. 10036

Toys R Us: 1 Geoffrey Way Wayne New Jersey 07470

The jurisdiction of this court is invoked to pursuit to:
5 U.S.C. 133

Statement of claim: Reorganization of Government Entities

Remedy: Service Agreement

_____                          /s/ W__

NBA 2K - 10 Hamilton Landing Novato CA. 94949 U.S.

Lacoste - 551 Madison Ave New York, N.Y.

Versace - 200 Madison 21st Fl New York, N.Y. 10016

Cash Money Records - - 1755 Broadway New York, N.Y.

United States District Court
Southern District of New York
Desmond M. Witherspoon

Plaintiff,                                                    Complaint

Sonar Productions

— vs

Defendant

PSE&G

RECEIVED 2015 JUN -1 A 9:25 SDNY PRO SE OFFICE

Parties: Sonar Productions 90 Lafayette St
New York, N.Y 10026

Defendant: PSE&G 80 Park Plaza P.O. Box 570
Newark, N.J.

The jurisdiction of this court is invoked to pursuit: 5 USC 123

Statement of Claim: Reorganization of Government Entities

Remedy: Service Agreement

Kyle Price: 230 E 21st St New York, N.Y.

To: United States District Court
Southern District (clerks office)

From: Desmond M. Witherspoon
c/o 210 Lafayette st
New York N.Y. 10012

Pro-Se
JBB
5/29/15

RECEIVED
NY PRO SE OFFICE
2015 JUN -1 A 9:25

USM SDNY 5W